# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Stacey Bogan,

      Plaintiff(s),　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　3:07cv157/3:05cr311

USA ,

      Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 7, 2007 Order.

                                  Signed: May 7, 2007

                                  Frank G. Johns, Clerk
                                  United States District Court